GRADY et al v. MENU FOODS INCOME FUND et al     Doc. 2
CM/ECF - California Central District - Docket Report     Page 1 of 10
Case 1:07-cv-04137-NLH-AMD    Document 2    Filed 08/24/2007    Page 1 of 10

(AJWx), CLOSED, DISCOVERY, RELATED-G, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02253-GHK-AJW

Lois Grady et al v. Menu Foods Income Fund et al
Assigned to: Judge George H. King
Referred to: Magistrate Judge Andrew J. Wistrich
Demand: $5,000
Lead case: 2:07-cv-01958-GHK-AJW
Member case: (View Member Case)
Case in other court: Superior of Court for the County of Los Angeles, BC368561
Cause: 28:1446 Notice of Removal - Personal Injury

Date Filed: 04/05/2007
Date Terminated: 08/16/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Lois Grady**
*individually and on behalf of all others similarly situated,*

represented by **Andrew H Friedman**
Helmer Friedman
723 Ocean Front Walk
Venice, CA 90291
310-396-7714
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory D Helmer**
Helmer Friedman
723 Ocean Front Walk
Venice, CA 90291
310-396-7714
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Morrison**
Schonbrun DeSimone Seplow Harris & Hoffman
723 Ocean Front Walk
Venice, CA 90291-3270
310-396-0731
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
Schonbrun DeSimone Seplow Harris & Hoffman
723 Ocean Front Walk
Venice, CA 90291-3270
310-396-0731
Fax: 310-399-7040
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
Schonbrun DeSimone Seplow Harris and Hoffman
723 Ocean Front Walk, Suite 100
Venice, CA 90291-3270



I hereby attest and certify on 8/17/07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

310-396-0731
Email: hoffpaul@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaye Steinsapir**
*individually and on behalf of all others simiarly sitauted*

represented by **Andrew H Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory D Helmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Anderson**
*individually and on behalf of all others similarly situated*

represented by **Andrew H Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory D Helmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Bodeman**
*individually and on behalf of all others similarly situated*

represented by **Andrew H Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory D Helmer**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Gonzales**                    represented by **Andrew H Friedman**
*individually and on behalf of all others*                   (See above for address)
*similarly situated*                                       *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Gregory D Helmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Menu Foods Income Fund**              represented by **Gina E Och**
                                                        Murchison and Cumming
                                                        Chase Plaza
                                                        801 South Grand Avenue, 9th Floor
                                                        Los Angeles, CA 90017-4613
                                                        213-623-7400
                                                        Email: goch@murchison-cumming.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Jean M Lawler**
Murchison and Cumming
Chase Plaza
801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017-4613
213-623-7400
Fax: 213-623-6336
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Foods, Inc.
*TERMINATED: 04/24/2007*

represented by **Gina E Och**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M Lawler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods Limited**

represented by **Gina E Och**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M Lawler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods Operating Limited Partnership**

represented by **Gina E Och**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M Lawler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods Midwest Corp.,**

represented by **Gina E Och**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M Lawler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Petco Animal Supplies, Inc.**

represented by **Ethan A Miller**
Squire Sanders and Dempsey
One Maritime Plaza, Suite 300
San Francisco, CA 94111
415-954-0200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C Goodman**
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
415-954-0200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Nutro Products Inc     represented by    **Brian S Inamine**
Wright Robinson Osthimer & Tatum
888 S Figueroa St
Ste 1800
Los Angeles, CA 90017-5455
213-488-7265
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles H Abbott**
Gibson Dunn & Crutcher
333 S Grand Ave, 45th Fl
Los Angeles, CA 90071-3197
213-229-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles H Horn**
Wright Robinson Osthimer & Tatum
44 Montgomery St
18th Fl
San Francisco, CA 94104-4705
415-391-7111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L Justice**
Gibson Dunn and Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William E Wegner**
Gibson Dunn and Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Email: wwegner@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

**Defendant**

Menu Foods, Inc.     represented by    **Gina E Och**
Murchison and Cumming
Chase Plaza
801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017-4624
213-623-7400
Email: goch@murchison-cumming.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Jean M Lawler**
                        Murchison and Cumming
                        Chase Plaza
                        801 South Grand Ave, 9th Floor
                        Los Angeles, CA 90017-4624
                        213-623-7400
                        Fax: 213-623-6336
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Chem Nutra Inc**          represented by  **Anthony G Brazil**
                        Morris Polich & Purdy
                        1055 West 17th St, 24th Fl
                        Los Angeles, CA 90017-2503
                        213-891-9100
                        Email: abrazil@mpplaw.com
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **David J Vendler**
                        Morris Polich & Purdy
                        1055 W 7th St, 24th Fl
                        Los Angeles, CA 90017-2503
                        213-891-9100
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **Megan S Wynne**
                        Morris Polich & Purdy
                        1055 W 7th St, 24th Fl
                        Los Angeles, CA 90017-2503
                        213-891-9100
                        Email: mwynne@mpplaw.com
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **Wendi J Frisch**
                        Morris Polich & Purdy LLP
                        1055 West Seventh Street, 24th Floor
                        Los Angeles, CA 90017
                        213-891-9100
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2007 | 5 | MINUTES OF IN CHAMBERS ORDER held before Judge Dean D. Pregerson : This action has been assigned to the calendar of Judge Dean D Pregerson. Counsel are referred to the courts website for additional information. It is not necessary to clear motion date with court clerk prior to filing the motion. Court hears motions only on Mondays at 10:00 AM.Court Reporter: none. (lc, ) (lc, ) (Entered: 04/13/2007) |
| 04/05/2007 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number BC368561 with CONFORMED FILED copy of summons and complaint.Case assigned to Judge Dean D. Pregerson, Discovery to Magistrate Judge Paul L. Abrams. (Filing fee $ 350 PAID. ), filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Menu Foods, Inc. (et) (Entered: 04/13/2007) |

| | | |
|---|---|---|
| 04/05/2007 | 2 | NOTICE of Interested Parties filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Menu Foods, Inc. (et) (Entered: 04/13/2007) |
| 04/05/2007 | 3 | PROOF OF SERVICE filed by defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Menu Foods, Inc. re Notice to adverse party of removal to Federal Court Removal[1], was served on 4/5/07. (et) (Entered: 04/13/2007) |
| 04/05/2007 | 4 | JOINDER of Notice of Removal of action [1] ,filed by Defendant Nutro Products (et) (Entered: 04/13/2007) |
| 04/05/2007 | | FAX number for Attorney Andrew H Friedman, Gregory D Helmer is 310-396-9215. (et) (Entered: 04/13/2007) |
| 04/05/2007 | | FAX number for Attorney Paul L Hoffman is 310-399-7040. (et) (Entered: 04/13/2007) |
| 04/05/2007 | | FAX number for Attorney Gina E Och is 213-623-6336. (et) (Entered: 04/13/2007) |
| 04/05/2007 | | FAX number for Attorney Gary L Justice, William E Wegner is 213-229-7520. (et) (Entered: 04/13/2007) |
| 04/09/2007 | 7 | NOTICE of Related Case(s) filed by Plaintiff Kaye Steinsapir. Related Case(s): CV 07-1958 GHK (AJWx) (rn, ) (Entered: 04/17/2007) |
| 04/16/2007 | 6 | DEMAND for Jury Trial filed by plaintiffs Lois Grady, Kaye Steinsapir (lc, ) (Entered: 04/17/2007) |
| 04/23/2007 | 12 | STIPULATION Extending Time to Answer the complaint. Menu Foods Income Fund answer due 5/23/2007; Menu Foods Limited answer due 5/23/2007; Menu Foods Operating Limited Partnership answer due 5/23/2007; Menu Foods Midwest Corp., answer due 5/23/2007; Menu Foods, Inc. answer due 5/23/2007. filed by defendants Menu Foods Income Fund; Menu Foods Limited; Menu Foods Operating Limited Partnership; Menu Foods Midwest Corp.; Menu Foods, Inc. (esa, ) (Entered: 05/15/2007) |
| 04/24/2007 | 8 | FIRST AMENDED COMPLAINT against Defendants Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Chem Nutra Inc., Petco Animal Supplies, Inc., Nutro Products, Inc. and Does 1 through 10, inclusive; Party Party Foods, Inc. terminated amending Complaint [1]; with Jury Demand filed by Plaintiffs Lois Grady, Kaye Steinsapir, Barbara Gonzales, Frank Bodeman and Craig Anderson. (gk, ) (Entered: 04/26/2007) |
| 04/24/2007 | | ISSUED 20-Day Summons re First Amended Complaint [8]. (gk, ) (Entered: 04/26/2007) |
| 04/25/2007 | 9 | FIRST STIPULATION to a thirty (30) day extension of time for defendants Nutro Products and Petco Animal Supplies Inc to respond to the initial complaint in this action filed by defendants Petco Animal Supplies, Inc., Nutro Products Inc. (bg, ) (Entered: 04/27/2007) |
| 04/25/2007 | 10 | STIPULATION Extending Time to Respond to Complaint filed by plaintiffs Lois Grady, et al, and defendant Nutro Products Inc. Pursuant to LR 8-3, counsel for plaintiffs hereby stipulates to a 30 day extension of time for defendants Nutro Products and Petco Animal Supplies, Inc, to respond to the initial complaint in this action. (pcl, ) (Entered: 05/01/2007) |
| 04/30/2007 | | PREPARED ORDER RE TRANSFER Pursuant to General Order 224 (Related Case) by Clerk; related to CV 07-1958 GHK (AJWx). (rn, ) (Entered: 04/30/2007) |
| 05/07/2007 | 11 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 -Related Case- filed. Related Case No: CV 07-1958 GHK (AJWx). Case transfered from Judge Paul L. |

| | | |
|---|---|---|
| | | Abrams and Dean D. Pregerson to Judge George H. King and Andrew J. Wistrich for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-2253 GHK (AJWx).Signed by Judge George H. King (m, ) (Entered: 05/07/2007) |
| 05/07/2007 | | Cases associated with Lead Case CV 07-1958 GHK (AJWx) (m, ) (Entered: 05/07/2007) |
| 05/14/2007 | 13 | NOTICE OF MOTION AND MOTION to Stay pending all proceedings; Memorandum of Points and Authorities filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp.,, Menu Foods, Inc.. Motion set for hearing on 6/11/2007 at 09:30 AM before Judge George H. King. Lodged Order. (et) (Entered: 05/17/2007) |
| 05/14/2007 | 14 | REQUEST FOR JUDICIAL NOTICE MOTION to Stay pending all proceedings [13] filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp.,, Menu Foods, Inc. (et) (Entered: 05/17/2007) |
| 05/14/2007 | 15 | DECLARATION of GINA E. OCH in support of MOTION to Stay pending all proceedings [13] filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Menu Foods, Inc. (et) (Entered: 05/17/2007) |
| 05/15/2007 | 16 | ORDER REGARDING CASE MANAGEMENT by Judge George H King: This case has been assigned to the calendar of Judge George H King. Court fully adheres to Rule 1 of the Federal Rules of Civil Procedure, which requires that the Rules be construed to secure the just speedy and inexpensive determination of every action. A Courtesy copy of all papers filed with the court shall be delivered to chambers at Room 660 Roybal Federal Building on the day of filing (See document for further details) (ir, ) (Entered: 05/17/2007) |
| 05/15/2007 | 17 | EX PARTE APPLICATION to Shorten Time to Hear motion to stay all proceedings; Memorandum of Points and Authorities filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Menu Foods, Inc. Lodged Proposed Order. (ir, ) (Entered: 05/17/2007) |
| 05/15/2007 | 18 | DECLARATION of Gina E Och in support of its Ex Parte application for an order Shortening Time to Hear motion to stay all proceedings [17] filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp.,, Menu Foods, Inc.. (ir, ) (Entered: 05/17/2007) |
| 05/16/2007 | | PLACED IN FILE - NOT USED re Order shortening time to hear motion to stay all proceedings submitted by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp.,, Petco Animal Supplies, Inc., Nutro Products Inc, Menu Foods, Inc., Chem Nutra Inc. (et) (Entered: 05/17/2007) |
| 05/16/2007 | 19 | OPPOSITION to Defendants Ex Parte Application for an Order shortening Time to Hear motion to stay [17]; Memorandum of Points and Authorities and Declaration of Michael D Seplow in support thereof filed by Plaintiffs Lois Grady, Craig Anderson, Frank Bodeman, Barbara Gonzales, Kaye Steinsapir. (ir, ) (Entered: 05/17/2007) |
| 05/16/2007 | 20 | MINUTES: (In Chambers) Order regarding Defendants Ex Parte Applicaton for an Order shortening time to hear motion to stay all proceedings [17] is GRANTED. Defendants Motion to Stay [13] is hereby TAKEN OFF CALENDAR and its hearing date is VACATED. Plaintiff shall file any opposition to the Motion by no later than 5/21/07 after which the motion will be taken under submission IT IS SO ORDERED by Judge George H. King Court Reporter: N/A. Tape #: N/A. (ir, ) (Entered: 05/17/2007) |
| 05/16/2007 | | ***Terminated hearing date on Defendants Motion to stay pursuant to Minute Order file 5/16/07. (ir, ) (Entered: 05/17/2007) |

| | | |
|---|---|---|
| 05/18/2007 | 22 | Joint STIPULATION for Extension of Time to respond to First Amended Complaint to 6/26/2007 filed by defendant Chem Nutra Inc. (klg, ) (Entered: 05/22/2007) |
| 05/18/2007 | 23 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Chem Nutra Inc (klg, ) (Entered: 05/22/2007) |
| 05/18/2007 | 24 | CERTIFICATION as to Interested Parties filed by Defendant Chem Nutra Inc. (klg, ) (Entered: 05/22/2007) |
| 05/18/2007 | | FAX number for Attorney Anthony G Brazil, Wendi J Frisch, David J Vendler, Megan S Wynne is 213-488-1178. (klg, ) (Entered: 05/22/2007) |
| 05/18/2007 | 28 | AMENDED NOTICE OF ADDRESS of Court on Defendants Menu Foods Motion to Stay all proceedings [13] filed by Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp.,, Menu Foods, Inc.. (ir) (Entered: 06/05/2007) |
| 05/21/2007 | 21 | PROOF OF SERVICE of Order RE: Case Management filed by plaintiffs Lois Grady, Craig Anderson, Frank Bodeman, Kaye Steinsapir, was served on 5/17/07. (klg, ) (Entered: 05/22/2007) |
| 05/22/2007 | 25 | ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge George H. King: IT IS ORDERED AND ADJUDGED that this matter including the deadlines for the parties to participate in class certification and other pretrial proceedings be stayed pending decision of the Panel on MDL on the pending motions to transfer and coordinate/consolidate pending actions. Counsel shall file a joint status report within 48 hours of such decision by the panel or within 30 days hereof, whichever is sooner. (klg, ) (Entered: 05/24/2007) |
| 05/23/2007 | 26 | ANSWER to First Amended Complaint [8] filed by defendant Petco Animal Supplies, Inc.(klg, ) (Entered: 05/24/2007) |
| 05/23/2007 | | FAX number for Attorney Mark C Goodman, Ethan A Miller is 415-393-9887. (klg, ) (Entered: 05/24/2007) |
| 05/23/2007 | 27 | CERTIFICATION and Notice of Interested Parties filed by Defendant Petco Animal Supplies, Inc. (klg, ) (Entered: 05/24/2007) |
| 06/21/2007 | 29 | JOINT STATUS REPORT (bg) (Entered: 07/07/2007) |
| 07/20/2007 | 30 | NOTICE of Conditional Transfer Order of Tag-Along Cases Issued by the Judicial Panel on MultiDistrict Litigation filed by defendants Menu Foods Income Fund, Foods, Inc., Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp.,, Petco Animal Supplies, Inc., Nutro Products Inc. (ad) (Entered: 08/08/2007) |
| 08/16/2007 | 31 | CONDITIONAL TRANSFER ORDER (CTO-1) from the Judicial Panel on Multidistrict Litigation, MDL 1850, transferring case to USDC, District of New Jersey at Newark. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (jp) (Entered: 08/17/2007) |
| 08/17/2007 | 32 | Transfer Out of Transmittal Letter, Certified copy of the docket sheet and certified copy of Conditional Transfer Order from MDL Panel and entire original file sent to USDC, District of New Jersey at Newark on 8/17/2007. (jp) (Entered: 08/17/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 08/17/2007 10:49:53 |

| PACER Login: | us3877 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:07-cv-02253-GHK-AJW |
| Billable Pages: | 7 | Cost: | 0.56 |