WILLIAM E. WEGNER, SBN 101486, WWegner@gibsondunn.com
GARY L. JUSTICE, SBN 90580, GJustice@gibsondunn.com
CHARLES H. ABBOTT, SBN 227488, CAbbott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
NUTRO PRODUCTS, INC.

**ORIGINAL**
FILED 2007 APR -5 AM 10:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

CV07-02253 DOPC(PLAx)

| | |
|---|---|
| LOIS GRADY, KAYE STEINSAPIR, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>   v.<br><br>MENU FOODS INCOME FUND; MENU FOODS, INC., MENU FOODS LIMITED, MENU FOODS OPERATING LIMITED PARTNERSHIP, MENU FOODS MIDWEST CORP., PETCO ANIMAL SUPPLIES, INC., NUTRO PRODUCTS, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.<br><br>**JOINDER OF NOTICE OF REMOVAL OF ACTION** |



DOCKETED ON CM
APR 13 2007
BY _____ 06

Gibson, Dunn & Crutcher LLP

TO THE CLERK OF THE ABOVE-TITLED COURT:

    Defendant Nutro Products, Inc. hereby joins in Notice of Removal of Defendants Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Limited, Menu Foods Operating Limited Partnership, and Menu Foods Midwest Corp., pursuant to 28 U.S.C. §§ 1441 and 1446, to this Court of the state court action described in that Notice of Removal.

DATED: April 5, 2007

    William E. Wegner
    Gary L. Justice
    Charles H. Abbott
    GIBSON, DUNN & CRUTCHER LLP

    By: /s/ Charles H. Abbott

    Attorneys for Defendant,
    NUTRO PRODUCTS, INC.

100200641_1.DOC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On April 5, 2007, I served true copies of the following document described as **JOINDER TO NOTICE OF REMOVAL** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 5, 2007, at Los Angeles, California.

MARJORIE K. DE JOHNETTE

JML\GEO

**SERVICE LIST**

Gregory D. Helmer, P.C.
Andrew H. Friedman, P.C.
HELMER FRIEDMAN, LLP
723 Ocean Front Walk
Venice, CA 90291
Tele:  (310) 396-7714
Fax:   (310) 396-9215

Paul L. Hoffman, Esq.
Michael D. Seplow, Esq.
Michael S. Morrison, Esq.
SCHOMBURN DE SIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, CA 90291
Tele:  (310) 396-0731
Fax:   (310) 399-7040