Anthony G. Brazil, State Bar No. 84297
David J. Vendler, State Bar No. 146528
Megan S. Wynne, State Bar No. 183707
Wendi J. Frisch, State Bar No. 211555
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
E-mail: abrazil@mpplaw.com
E-mail: dvendler@mpplaw.com
E-mail: mwynne@mpplaw.com
E-mail: wfrisch@mpplaw.com

Attorneys for Defendant
CHEMNUTRA INC.
(erroneously sued as CHEM NUTRA INC.)

FILED 2007 MAY 18 PM 3:28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS GRADY, KAYE STEINSAPIR, BARBARA GONZALES, FRANK BODEMAN, and CRAIG ANDERSON individually and on behalf of all others similarly situated<br><br>    Plaintiffs,<br><br>vs.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS LIMITED, MENU FOODS OPERATING LIMITED PARTNERSHIP, MENU FOODS MIDWEST CORP., CHEM NUTRA INC., PETCO ANIMAL SUPPLIES, INC., NUTRO PRODUCTS, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 07-02253-DDP (PLAx)<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Federal Rules of Civil Procedure, Rule 7.1] |

DOCKETED ON CM MAY 2 2 2007 BY ___ 145

L0086050     -1-

**TO THE HONORABLE COURT:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CHEMNUTRA INC. (erroneously sued as CHEM NUTRA INC.) submits its Corporate Disclosure Statement as follows:

1. There is no parent corporation for CHEMNUTRA INC.
2. There is no publicly held corporation that owns 10% or more of CHEMNUTRA INC.'s stock.

Dated: May 17, 2007

Respectfully submitted,

**MORRIS POLICH & PURDY LLP**

By: *[signature]*
Anthony G. Brazil
David J. Vendler
Megan S. Wynne
Wendi J. Frisch

Attorneys for Defendant
CHEMNUTRA INC. (erroneously sued as CHEM NUTRA INC.)

## PROOF OF SERVICE

I, the undersigned, an employee of Morris Polich & Purdy LLP, located at 1055 West Seventh Street, 24th Floor, Los Angeles, California, 90017 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On May 18, 2007, I served the foregoing document, described as **CORPORATE DISCLOSURE STATEMENT** in this action by placing ☐ the original of the document ☒ true copies of the document in separate sealed envelopes addressed to the following party(ies) in this matter at the following address(es):

### SEE ATTACHED SERVICE LIST

☒ **BY U.S. MAIL** I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Morris Polich & Purdy's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **BY FEDERAL EXPRESS** I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express. Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

☒ I declare under penalty of perjury under the laws of the United States of America and the State of California, that the above is true and correct.

Executed on May 18, 2007, at Los Angeles, California.

*Maria T. Escobedo*
**Maria T. Escobedo**

L0086270                                                                                                        REV. 1/23/02

## SERVICE LIST

Gregory D. Helmer, P.C.  
Andrew H. Friedman, P.C.  
**HELMER FRIEDMAN LLP**  
723 Ocean Front Walk  
Venice, CA 90291  
(310) 396-7714/Fax (310) 396-9215  
**Attorneys for Plaintiffs**

Michael D. Seplow, Esq.  
Michael S. Morrison, Esq.  
**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP**  
723 Ocean Front Walk  
Venice, CA 90291  
(310) 396-0731/Fax (310) 399-7040  
**Attorney for Plaintiffs**

Gina Och, Esq.  
**MURCHISON & CUMMING**  
801 s. Grand Ave., 9th Floor  
Los Angeles, CA 90017  
Fax (213) 623-6336

Charles H. Abbott, Esq.  
Gary L. Justice, Esq.  
William E. Wegner, Esq.  
**GIBSON, DUNN & CRUTCHER**  
333 South Grand Avenue, 45th Floor  
Los Angeles, CA 90071-3197  
Fax (213) 229-7520

Brian S. Inamine, Esq.  
**WRIGHT, ROBINSON, OSTHIMER & TATUM**  
888 South Figueroa Street, Suite 1800  
Los Angeles, CA 90017-5455  
Fax (213) 624-3755

Barbara L. Crouch, Esq.  
**PILLSBURY WINTHROP SHAW PITTMAN, LLP**  
725 South Figueroa Street, Suite 2800  
Los Angeles, CA 90017  
Fax (213) 629-1033

Charles H. Horn, Esq.  
**WRIGHT, ROBINSON, OSTHIMER & TATUM**  
44 Montgomery Street, 18th Floor  
San Francisco, CA 94101-4605  
Fax (415) 391-8766

L0086270

REV. 1/23/02