1   SQUIRE, SANDERS & DEMPSEY L.L.P.
    Mark C. Goodman (State Bar # 154692)
2   mgoodman@ssd.com
    Ethan A. Miller (State Bar # 155965)
3   eamiller@ssd.com
    One Maritime Plaza, Suite 300
4   San Francisco, CA 94111-3492
    Telephone:    +1.415.954.0200
5   Facsimile:    +1.415.393.9887
6
7   Attorneys for Defendant
    PETCO ANIMAL SUPPLIES, INC.
8
9                      UNITED STATES DISTRICT COURT
10                     CENTRAL DISTRICT OF CALIFORNIA
11
12  LOIS GRADY, KAYE STEINSAPIR,          Case No.  CV 07-02253-DDP (PLAx)
    BARBARA GONZALES, FRANK
13  BODEMAN, and CRAIG ANDERSON           Judge:  The Honorable George H. King
    individually and on behalf of all others
14  similarly situated,                   **ANSWER OF PETCO ANIMAL
                                          SUPPLIES, INC.**
15                Plaintiffs,
16
          vs.
17
    MENU FOODS INCOME FUND, MENU
18  FOODS, INC., MENU FOODS LIMITED,
    MENU FOODS OPERATING LIMITED
19  PARTNERSHIP, MENU FOODS
    MIDWEST CORP., CHEM NUTRA INC.,       DOCKETED ON CM
20  PETCO ANIMAL SUPPLIES, INC.,
    NUTRO PRODUCTS, INC. and DOES 1       MAY 2 4 2007
21  through 10, inclusive,
22                Defendants.             BY _____ 145
23
24
25        Defendant PETCO Animal Supplies, Inc., ("PETCO") hereby answers the First Amended
26  Complaint ("Complaint") filed by Lois Grady, Kaye Steinsapir, Barbara Gonzalez, Frank
27  Bodeman, and Craig Anderson as follows:
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

ORIGINAL

Dockets.Justia.com

1

**RESPONSE TO "INTRODUCTION"**

2         1.     The allegations contained in paragraph 1 of the Complaint are not directed toward

3 PETCO and, therefore, no response is required. If a response is required, PETCO denies each

4 and every allegation contained in paragraph 1 of the Complaint except that PETCO admits that

5 Plaintiffs purport to bring an action and purport to represent a purported class. PETCO denies

6 there is any legal or factual basis for the relief sought or for class certification.

7         2.     The allegations contained in paragraph 2 of the Complaint are not directed toward

8 PETCO and, therefore, no response is required. If a response is required, PETCO denies each

9 and every allegation contained in paragraph 2 of the Complaint. PETCO lacks knowledge or

10 information sufficient to form a belief as to the truth or falsity of the allegations directed toward

11 the other defendants.

12

**RESPONSE TO "NATURE OF THE ACTION"**

13         3.     The allegations contained in paragraph 3 of the Complaint are not directed toward

14 PETCO and, therefore, no response is required. If a response is required, PETCO denies each

15 and every allegation contained in paragraph 3 of the Complaint except that PETCO admits that

16 Plaintiffs purport to bring an action and purport to represent a purported class. PETCO denies

17 that there is any legal or factual basis for the relief sought or for class certification.

18

**RESPONSE TO "JURISDICTION AND VENUE"**

19         4.     The allegations contained in the first sentence of paragraph 4 of the Complaint are

20 not directed toward PETCO and, therefore, no response is required. The allegations contained in

21 the second sentence of paragraph 4 of the Complaint are legal conclusions to which no response

22 is required. If a response is required, PETCO denies each and every allegation contained in the

23 second sentence of paragraph 4 of the Complaint except that PETCO admits that there is diversity

24 of citizenship between Plaintiffs and the defendants and that Plaintiffs purport to represent a

25 purported class and that Plaintiffs request certain relief. PETCO denies that there is any legal or

26 factual basis for the relief sought or for class certification.

27         5.     The allegations contained in paragraph 5 of the Complaint are legal conclusions to

28 which no response is required. If a response is required, PETCO denies each and every allegation

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco CA 94111 3492

- 2 -

1   contained in paragraph 5 of the Complaint except that PETCO admits that it is authorized to do

2   business in the State of California. PETCO lacks knowledge or information sufficient to form a

3   belief as to the truth or falsity of the allegations contained in paragraph 5 of the Complaint

4   directed toward the other defendants.

5       6.      The allegations contained in paragraph 6 of the Complaint are legal conclusions to

6   which no response is required. If a response is required, PETCO denies each and every allegation

7   contained in paragraph 6 of the Complaint except that PETCO admits that it is a Delaware

8   Corporation with its principal place of business in California. PETCO lacks knowledge or

9   information sufficient to form a belief as to the truth or falsity of the allegations contained in

10  paragraph 6 of the Complaint directed toward the other defendants.

11                          **RESPONSE TO "PLAINTIFFS"**

12      7.      The allegations contained in paragraph 7 of the Complaint are not directed toward

13  PETCO and, therefore, no response is required. If a response is required, PETCO denies each

14  and every allegation contained in paragraph 7 of the Complaint because PETCO does not have

15  sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

16  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

17  directed toward the other defendants.

18      8.      The allegations contained in paragraph 8 of the Complaint are not directed toward

19  PETCO and, therefore, no response is required. If a response is required, PETCO denies each

20  and every allegation contained in paragraph 8 of the Complaint because PETCO does not have

21  sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

22  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

23  directed toward the other defendants.

24      9.      The allegations contained in paragraph 9 of the Complaint are not directed toward

25  PETCO and, therefore, no response is required. If a response is required, PETCO denies each

26  and every allegation contained in paragraph 9 of the Complaint because PETCO does not have

27  sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

28

1  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

2  directed toward the other defendants.

3    10.    The allegations contained in paragraph 10 of the Complaint are not directed

4  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

5  each and every allegation contained in paragraph 10 of the Complaint because PETCO does not

6  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

7  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

8  directed toward the other defendants.

9    11.    The allegations contained in paragraph 11 of the Complaint are not directed

10  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

11  each and every allegation contained in paragraph 11 of the Complaint because PETCO does not

12  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

13  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

14  directed toward the other defendants.

15                      **RESPONSE TO "DEFENDANTS"**

16    12.    PETCO denies each and every allegation contained in paragraph 12 of the

17  Complaint directed toward PETCO except that PETCO admits that it is authorized to do business

18  in the State of California. PETCO lacks knowledge or information sufficient to form a belief as

19  to the truth or falsity of the allegations contained in paragraph 12 of the Complaint directed

20  toward the other defendants.

21    13.    The allegations contained in paragraph 13 of the Complaint are not directed

22  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

23  each and every allegation contained in paragraph 13 of the Complaint because PETCO does not

24  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

25  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

26  directed toward the other defendants.

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 4 -

ANSWER OF PETCO ANIMAL SUPPLIES, INC. – CASE NO. CV 07-02253-DDP (PLAx)

14.     PETCO denies each and every allegation contained in paragraph 14 of the Complaint except that PETCO admits that it is a Delaware Corporation with its principal place of business in California. PETCO further admits that it sold and marketed various pet foods.

15.     The allegations contained in paragraph 15 of the Complaint are not directed toward PETCO and, therefore, no response is required. If a response is required, PETCO denies each and every allegation contained in paragraph 15 of the Complaint because PETCO does not have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations directed toward the other defendants.

16.     The allegations contained in paragraph 16 of the Complaint are not directed toward PETCO and, therefore, no response is required. If a response is required, PETCO denies each and every allegation contained in paragraph 16 of the Complaint because PETCO does not have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations directed toward the other defendants.

17.     The allegations contained in paragraph 17 of the Complaint are not directed toward PETCO and, therefore, no response is required. If a response is required, PETCO denies each and every allegation contained in paragraph 17 of the Complaint because PETCO does not have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations directed toward the other defendants.

18.     PETCO denies each and every allegation contained in paragraph 18 of the Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of the Complaint directed toward the other defendants.

## RESPONSE TO "CLASS ACTION ALLEGATIONS"

19.     The allegations contained in paragraph 19 of the Complaint are legal conclusions to which no response is required. If a response is required, PETCO denies each and every

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-1097

1    allegation contained in paragraph 19 of the Complaint except that PETCO admits that Plaintiffs

2    purport to represent a purported class.  PETCO denies that there is any legal or factual basis for

3    class certification.

4          20.    The allegations contained in paragraph 20 of the Complaint are legal conclusions

5    to which no response is required.  If a response is required, PETCO denies each and every

6    allegation contained in paragraph 20 of the Complaint except that PETCO admits that Plaintiffs

7    purport to represent a purported class.  PETCO denies that there is any legal or factual basis for

8    class certification.

9          21.    PETCO denies each and every allegation contained in paragraph 21 of the

10   Complaint, including subparts A. – L., directed toward PETCO.  PETCO lacks knowledge or

11   information sufficient to form a belief as to the truth or falsity of the allegations contained in

12   paragraph 21 of the Complaint, including subparts A. – L., directed toward the other defendants.

13         22.    PETCO denies each and every allegation contained in paragraph 22 of the

14   Complaint directed toward PETCO.  PETCO lacks knowledge or information sufficient to form a

15   belief as to the truth or falsity of the allegations contained in paragraph 22 of the Complaint

16   directed toward the other defendants.

17         23.    PETCO denies each and every allegation contained in paragraph 23 of the

18   Complaint directed toward PETCO.  PETCO lacks knowledge or information sufficient to form a

19   belief as to the truth or falsity of the allegations contained in paragraph 23 of the Complaint

20   directed toward the other defendants.

21         24.    PETCO denies each and every allegation contained in paragraph 24 of the

22   Complaint directed toward PETCO.  PETCO lacks knowledge or information sufficient to form a

23   belief as to the truth or falsity of the allegations contained in paragraph 24 of the Complaint

24   directed toward the other defendants.

25   **RESPONSE TO "FACTS COMMON TO ALL COUNTS"**

26         25.    PETCO denies each and every allegation contained in paragraph 25 of the

27   Complaint directed toward PETCO except that PETCO admits that that it sold and marketed

28   various pet foods.  PETCO lacks knowledge or information sufficient to form a belief as to the

1    truth or falsity of the allegations contained in paragraph 25 of the Complaint directed toward the
2    other defendants.

3          26.    The allegations contained in paragraph 26 of the Complaint are not directed
4    toward PETCO and, therefore, no response is required. If a response is required, PETCO denies
5    each and every allegation contained in paragraph 26 of the Complaint.   PETCO lacks knowledge
6    or information sufficient to form a belief as to the truth or falsity of the allegations directed
7    toward the other defendants.

8          27.    The allegations contained in paragraph 27 of the Complaint are not directed
9    toward PETCO and, therefore, no response is required. If a response is required, PETCO denies
10   each and every allegation contained in paragraph 27 of the Complaint because PETCO does not
11   have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks
12   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations
13   directed toward the other defendants.

14         28.    The allegations contained in paragraph 28 of the Complaint are not directed
15   toward PETCO and, therefore, no response is required. If a response is required, PETCO denies
16   each and every allegation contained in paragraph 28 of the Complaint because PETCO does not
17   have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks
18   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations
19   directed toward the other defendants.

20         29.    The allegations contained in paragraph 29 of the Complaint are not directed
21   toward PETCO and, therefore, no response is required. If a response is required, PETCO denies
22   each and every allegation contained in paragraph 29 of the Complaint because PETCO does not
23   have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks
24   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations
25   directed toward the other defendants.

26         30.    The allegations contained in paragraph 30 of the Complaint are not directed
27   toward PETCO and, therefore, no response is required. If a response is required, PETCO denies
28   each and every allegation contained in paragraph 30 of the Complaint because PETCO does not

1  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

2  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

3  directed toward the other defendants.

4      31.    The allegations contained in paragraph 31 of the Complaint are not directed

5  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

6  each and every allegation contained in paragraph 31 of the Complaint because PETCO does not

7  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

8  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

9  directed toward the other defendants.

10      32.    The allegations contained in paragraph 32 of the Complaint are not directed

11  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

12  each and every allegation contained in paragraph 32 of the Complaint. PETCO lacks knowledge

13  or information sufficient to form a belief as to the truth or falsity of the allegations directed

14  toward the other defendants.

15      33.    The allegations contained in paragraph 33 of the Complaint are not directed

16  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

17  each and every allegation contained in paragraph 33 of the Complaint because PETCO does not

18  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

19  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

20  directed toward the other defendants.

21      34.    The allegations contained in paragraph 34 of the Complaint are not directed

22  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

23  each and every allegation contained in paragraph 34 of the Complaint because PETCO does not

24  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

25  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

26  directed toward the other defendants.

27      35.    The allegations contained in paragraph 35 of the Complaint are not directed

28  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1    each and every allegation contained in paragraph 35 of the Complaint because PETCO does not

2    have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

3    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

4    directed toward the other defendants.

5         36.    The allegations contained in paragraph 36 of the Complaint are not directed

6    toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

7    each and every allegation contained in paragraph 36 of the Complaint because PETCO does not

8    have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

9    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

10    directed toward the other defendants.

11         37.    The allegations contained in paragraph 37 of the Complaint are not directed

12    toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

13    each and every allegation contained in paragraph 37 of the Complaint because PETCO does not

14    have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

15    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

16    directed toward the other defendants.

17         38.    The allegations contained in paragraph 38 of the Complaint are not directed

18    toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

19    each and every allegation contained in paragraph 38 of the Complaint because PETCO does not

20    have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

21    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

22    directed toward the other defendants.

23         39.    PETCO denies each and every allegation contained in paragraph 39 of the

24    Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

25    belief as to the truth or falsity of the allegations contained in paragraph 39 of the Complaint

26    directed toward the other defendants.

27         40.    PETCO denies each and every allegation contained in paragraph 40 of the

28    Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1  belief as to the truth or falsity of the allegations contained in paragraph 40 of the Complaint

2  directed toward the other defendants.

3       41.    PETCO denies each and every allegation contained in paragraph 41 of the

4  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

5  belief as to the truth or falsity of the allegations contained in paragraph 41 of the Complaint

6  directed toward the other defendants.

7       42.    PETCO denies each and every allegation contained in paragraph 42 of the

8  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

9  belief as to the truth or falsity of the allegations contained in paragraph 42 of the Complaint

10  directed toward the other defendants.

11       43.    PETCO denies each and every allegation contained in paragraph 43 of the

12  Complaint directed toward PETCO except that PETCO admits that that it sold and marketed

13  various pet foods and that it is authorized to do business in the State of California. PETCO lacks

14  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations

15  contained in paragraph 43 of the Complaint directed toward the other defendants.

16       44.    PETCO denies each and every allegation contained in paragraph 44 of the

17  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

18  belief as to the truth or falsity of the allegations contained in paragraph 44 of the Complaint

19  directed toward the other defendants.

20       45.    PETCO denies each and every allegation contained in paragraph 45 of the

21  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

22  belief as to the truth or falsity of the allegations contained in paragraph 45 of the Complaint

23  directed toward the other defendants.

24       46.    The allegations contained in paragraph 46 of the Complaint are not directed

25  toward PETCO and, therefore, no response is required. If a response is required, PETCO denies

26  each and every allegation contained in paragraph 46 of the Complaint because PETCO does not

27  have sufficient information to form a belief as to the allegations in that paragraph. PETCO lacks

28

1  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations
2  directed toward the other defendants.

3       47.    PETCO denies each and every allegation contained in paragraph 47 of the
4  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a
5  belief as to the truth or falsity of the allegations contained in paragraph 47 of the Complaint
6  directed toward the other defendants.

7       48.    PETCO denies each and every allegation contained in paragraph 48 of the
8  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a
9  belief as to the truth or falsity of the allegations contained in paragraph 48 of the Complaint
10  directed toward the other defendants.

11
12              **RESPONSE TO "FIRST CAUSE OF ACTION**
13              **STRICT PRODUCT LIABILITY**
14              **(AGAINST ALL DEFENDANTS)"**

15       49.    With respect to the allegation contained in paragraph 49 of the Complaint, PETCO
16  repeats and realleges each and every admission, denial, averment, and statement in paragraphs 1
17  through 48 of this Answer with the same force and effect as though set forth here in full.

18       50.    PETCO denies each and every allegation contained in paragraph 50 of the
19  Complaint directed toward PETCO except that PETCO admits that that it sold and marketed
20  various pet foods and that it is authorized to do business in the State of California. PETCO lacks
21  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations
22  contained in paragraph 50 of the Complaint directed toward the other defendants.

23       51.    PETCO denies each and every allegation contained in paragraph 51 of the
24  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a
25  belief as to the truth or falsity of the allegations contained in paragraph 51 of the Complaint
26  directed toward the other defendants.

27       52.    PETCO denies each and every allegation contained in paragraph 52 of the
28  Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

ANSWER OF PETCO ANIMAL SUPPLIES, INC. - CASE NO. CV 07-02253-DDP (PLAx)

1   belief as to the truth or falsity of the allegations contained in paragraph 52 of the Complaint

2   directed toward the other defendants.

3      53.    PETCO denies each and every allegation contained in paragraph 53 of the

4   Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

5   belief as to the truth or falsity of the allegations contained in paragraph 53 of the Complaint

6   directed toward the other defendants. PETCO further denies that Plaintiffs or any other similarly

7   situated parties have been damaged in any amount whatsoever or at all.

8      54.    PETCO denies each and every allegation contained in paragraph 54 of the

9   Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

10   belief as to the truth or falsity of the allegations contained in paragraph 54 of the Complaint

11   directed toward the other defendants.

### RESPONSE TO "SECOND CAUSE OF ACTION

### NEGLIGENCE

### (AGAINST ALL DEFENDANTS)"

16      55.    With respect to the allegation contained in paragraph 55 of the Complaint, PETCO

17   repeats and realleges each and every admission, denial, averment, and statement in paragraphs 1

18   through 54 of this Answer with the same force and effect as though set forth here in full.

19      55.    The allegations contained in the first sentence of paragraph 55[1] of the Complaint

20   are legal conclusions to which no response is required. If a response is required, PETCO denies

21   each and every allegation contained in the first sentence of paragraph 55 of the Complaint.

22   PETCO denies each and every allegation contained in the second sentence of paragraph 55 of the

23   Complaint. PETCO lacks knowledge or information sufficient to form a belief as to the truth or

24   falsity of the allegations contained in paragraph 55 of the Complaint directed toward the other

25   defendants.

---

[1] Plaintiffs' Complaint includes two paragraphs numbered as "55".

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

ANSWER OF PETCO ANIMAL SUPPLIES, INC. – CASE NO. CV 07-02253-DDP (PLAx)

56.    PETCO denies each and every allegation contained in paragraph 56 of the Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 56 of the Complaint directed toward the other defendants. PETCO further denies that Plaintiffs or any other similarly situated parties have been damaged in any amount whatsoever or at all.

57.    PETCO denies each and every allegation contained in paragraph 57 of the Complaint directed toward PETCO except that PETCO admits that that it sold and marketed various pet foods. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 57 of the Complaint directed toward the other defendants. PETCO further denies that Plaintiffs or any other similarly situated parties have been damaged in any amount whatsoever or at all.

58.    PETCO denies each and every allegation contained in paragraph 58 of the Complaint directed toward PETCO except that PETCO admits that Plaintiffs purport to seek certain damages. PETCO denies that there is any legal or factual basis for the relief sought. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 58 of the Complaint directed toward the other defendants. PETCO further denies that Plaintiffs or any other similarly situated parties have been damaged in any amount whatsoever or at all.

## RESPONSE TO "THIRD CAUSE OF ACTION

## BREACH OF WARRANTIES

## (AGAINST ALL DEFENDANTS)"

59.    With respect to the allegation contained in paragraph 59 of the Complaint, PETCO repeats and realleges each and every admission, denial, averment, and statement in paragraphs 1 through 58 of this Answer with the same force and effect as though set forth here in full.

60.    The allegations contained in paragraph 60 of the Complaint are legal conclusions to which no response is required. If a response is required, PETCO denies each and every allegation contained in paragraph 60 of the Complaint except that PETCO admits that it sold and

- 13 -

1   marketed various pet foods.  PETCO lacks knowledge or information sufficient to form a belief

2   as to the truth or falsity of the allegations contained in paragraph 60 of the Complaint directed

3   toward the other defendants.

4         61.    The allegations contained in paragraph 61 of the Complaint are not directed

5   toward PETCO and, therefore, no response is required.  If a response is required, PETCO denies

6   each and every allegation contained in paragraph 61 of the Complaint.  PETCO lacks knowledge

7   or information sufficient to form a belief as to the truth or falsity of the allegations directed

8   toward the other defendants.

9         62.    PETCO denies each and every allegation contained in paragraph 62 of the

10  Complaint directed toward PETCO.  PETCO lacks knowledge or information sufficient to form a

11  belief as to the truth or falsity of the allegations contained in paragraph 62 of the Complaint

12  directed toward the other defendants.  PETCO further denies that Plaintiffs or any other similarly

13  situated parties have been damaged in any amount whatsoever or at all.

14  <div align="center">

15  **RESPONSE TO "FOURTH CAUSE OF ACTION**

16  **UNFAIR COMPETITION AND BUSINESS PRACTICES**

17  **(CALIFORNIA BUSINESS AND PROFESSIONS CODE**

18  **SECTION 17200, ET SEQ.**

19  **(AGAINST ALL DEFENDANTS)"**
    </div>

20        63.    With respect to the allegation contained in paragraph 63 of the Complaint, PETCO

21  repeats and realleges each and every admission, denial, averment, and statement in paragraphs 1

22  through 62 of this Answer with the same force and effect as though set forth here in full.

23        64.    The allegations contained in paragraph 64 of the Complaint are legal conclusions

24  to which no response is required.  If a response is required, PETCO denies each and every

25  allegation contained in paragraph 64 of the Complaint except that PETCO admits that it sold and

26  marketed various pet foods.  PETCO lacks knowledge or information sufficient to form a belief

27  as to the truth or falsity of the allegations contained in paragraph 64 of the Complaint directed

28  toward the other defendants.

65.     The allegations contained in paragraph 65 of the Complaint are legal conclusions to which no response is required.  If a response is required, PETCO denies each and every allegation contained in paragraph 65 of the Complaint.  PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 65 of the Complaint directed toward the other defendants.

66.     PETCO denies each and every allegation contained in paragraph 66 of the Complaint directed toward PETCO.  PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 66 of the Complaint directed toward the other defendants.

67.     PETCO denies each and every allegation contained in paragraph 67 of the Complaint directed toward PETCO.  PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 67 of the Complaint directed toward the other defendants.

## RESPONSE TO "FIFTH CAUSE OF ACTION

## FALSE ADVERTISING

## (CALIFORNIA BUSINESS AND PROFESSIONS CODE

## SECTION 17500, ET SEQ.

## (AGAINST ALL DEFENDANTS)"

68.     With respect to the allegation contained in paragraph 68 of the Complaint, PETCO repeats and realleges each and every admission, denial, averment, and statement in paragraphs 1 through 67 of this Answer with the same force and effect as though set forth here in full.

69.     The allegations contained in paragraph 69 of the Complaint are legal conclusions to which no response is required.  If a response is required, PETCO denies each and every allegation contained in paragraph 69 of the Complaint.  PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 69 of the Complaint directed toward the other defendants.

70.    PETCO denies each and every allegation contained in paragraph 70 of the Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 70 of the Complaint directed toward the other defendants.

71.    PETCO denies each and every allegation contained in paragraph 71 of the Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 71 of the Complaint directed toward the other defendants.

## RESPONSE TO "SIXTH CAUSE OF ACTION

## VIOLATION OF THE CONSUMER LEGAL REMEDIES ACT,

## CIVIL CODE § 1750, ET SEQ.

## (AGAINST ALL DEFENDANTS)"

72.    With respect to the allegation contained in paragraph 72 of the Complaint, PETCO repeats and realleges each and every admission, denial, averment, and statement in paragraphs 1 through 71 of this Answer with the same force and effect as though set forth here in full.

73.    The allegations contained in paragraph 73 of the Complaint are legal conclusions to which no response is required. If a response is required, PETCO denies each and every allegation contained in paragraph 73 of the Complaint. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 73 of the Complaint directed toward the other defendants.

74.    The allegations contained in paragraph 74 of the Complaint are legal conclusions to which no response is required. If a response is required, PETCO denies each and every allegation contained in paragraph 74 of the Complaint. PETCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 74 of the Complaint directed toward the other defendants.

75.    The allegations contained in paragraph 75 of the Complaint, including subparagraphs (5) and (7), are legal conclusions to which no response is required. If a response is

- 16 -

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1  required, PETCO denies each and every allegation contained in paragraph 75 of the Complaint,

2  including subparagraphs (5) and (7). PETCO lacks knowledge or information sufficient to form a

3  belief as to the truth or falsity of the allegations contained in paragraph 75 of the Complaint,

4  including subparagraphs (5) and (7), directed toward the other defendants.

5        76.    The allegations contained in paragraph 76 of the Complaint are legal conclusions

6  to which no response is required. If a response is required, PETCO denies each and every

7  allegation contained in paragraph 76 of the Complaint. PETCO lacks knowledge or information

8  sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 76 of

9  the Complaint directed toward the other defendants.

10       77.    PETCO denies each and every allegation contained in paragraph 77 of the

11 Complaint directed toward PETCO. PETCO lacks knowledge or information sufficient to form a

12 belief as to the truth or falsity of the allegations contained in paragraph 77 of the Complaint

13 directed toward the other defendants.

14       78.    PETCO denies each and every allegation contained in paragraph 78 of the

15 Complaint directed toward PETCO except that PETCO admits that Plaintiffs purport to represent

16 a purported class and purport to seek certain relief. PETCO denies that there is any legal or

17 factual basis for class certification or the relief sought. PETCO lacks knowledge or information

18 sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 78 of

19 the Complaint directed toward the other defendants.

20                    **RESPONSE TO "PRAYER FOR RELIEF"**

21       79.    The unnumbered paragraph beginning with the word "WHEREFORE" which

22 follows paragraph 78 of the Complaint, including subparts 1. – 8., are not allegations and,

23 therefore, no response is required. If a response is required, PETCO denies each and every

24 allegation set forth in the prayer for relief directed toward PETCO except that PETCO admits that

25 Plaintiffs purport to represent a purported class and purport to seek certain damages and relief.

26 PETCO denies that there is any legal or factual basis for class certification or the relief sought.

27                    **RESPONSE TO "DEMAND FOR JURY TRIAL"**

28       80.    PETCO admits that Plaintiffs purport to demand a trial by jury on all claims.

## AFFIRMATIVE AND OTHER DEFENSES

For its affirmative and other defenses, PETCO alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim

81.    The Complaint and all of the causes of action alleged therein fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Improper Class Action)

82.    Plaintiffs may not maintain this action, as described in the Complaint, as a class action.

### THIRD AFFIRMATIVE DEFENSE
### (Statutes of Limitations)

83.    Plaintiffs' claims are barred by the applicable statutes of limitations, which may include, but are not limited to, California Code of Civil Procedure sections 337, 338(d), 339(1), 340(3) and 343 and any other applicable statute of limitation in any other jurisdiction.

### FOURTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

84.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to bring such claims.

### FIFTH AFFIRMATIVE DEFENSE
### (Failure to Join Parties)

85.    Plaintiffs' claims are barred, in whole or in part, because the Complaint fails to join necessary and indispensable parties.

### SIXTH AFFIRMATIVE DEFENSE
### (Improper Joinder)

86.    Plaintiffs' claims are barred, in whole or in part, because they have been improperly joined in this action.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

ANSWER OF PETCO ANIMAL SUPPLIES, INC. – CASE NO. CV 07-02253-DDP (PLAx)

## SEVENTH AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

87.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

## EIGHTH AFFIRMATIVE DEFENSE
### (Good Faith)

88.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of good faith.

## NINTH AFFIRMATIVE DEFENSE
### (Consent)

89.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of consent.

## TENTH AFFIRMATIVE DEFENSE
### (Res Judicata)

90.    Plaintiffs' claims are barred, in whole or in part, by res judicata.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Payment and Release)

91.    Plaintiffs' claims are barred, in whole or in part, because those claims have been released as to PETCO.

## TWELFTH AFFIRMATIVE DEFENSE
### (Waiver and Estoppel)

92.    Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of waiver and/or estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

93.    The relief sought by the Complaint is barred by the doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Laches)

94.    The relief sought by the Complaint is barred by the doctrine of laches.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1

2

### FIFTEENTH AFFIRMATIVE DEFENSE
#### (Spoliation of Evidence)

3    95.    Plaintiffs' claims may be barred, in whole or in part, due to spoliation of evidence.

4

5

### SIXTEENTH AFFIRMATIVE DEFENSE
#### (Natural Causes)

6    96.    If Plaintiffs sustained injuries or losses as alleged in the Complaint, such injuries

7    or losses were caused in whole or in part through the operation of nature or other intervening

8    cause or causes.

9

10

### SEVENTEENTH AFFIRMATIVE DEFENSE
#### (Assumption of the Risk)

11    97.    If Plaintiffs sustained injuries or losses as alleged in the Complaint, Plaintiffs'

12    injuries and damages were legally and proximately caused by, and arose out of, risks of which

13    Plaintiffs had both knowledge and understanding and that Plaintiffs voluntarily assumed.

14

15

### EIGHTEENTH AFFIRMATIVE DEFENSE
#### (Failure to Mitigate)

16    98.    If Plaintiffs sustained injuries or losses as alleged in the Complaint, Plaintiffs

17    failed to mitigate their damages, if any, in the manner and to the extent required by law or by

18    equity.

19

20

### NINETEENTH AFFIRMATIVE DEFENSE
#### (Fault of Others)

21    99.    If Plaintiffs sustained injuries or losses as alleged in the Complaint, such injuries

22    and losses were caused by persons other that PETCO or by the actions of persons not having real

23    or apparent authority to take said actions on behalf of PETCO and over whom PETCO had no

24    control and for whom PETCO may not be held accountable.

25

26

### TWENTIETH AFFIRMATIVE DEFENSE
#### (Comparative Fault)

27    100.    Any liability that might otherwise be imposed upon PETCO is subject to reduction

28    by the application of the doctrine of comparative fault.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

### TWENTY-FIRST AFFIRMATIVE DEFENSE
#### (Reduction of Damages)

101.    To the extent Plaintiffs have received or will in the future received from any person or entity any compensation with respect to the injuries asserted in the Complaint, PETCO's liability, if any, should be reduced accordingly.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
#### (Joint Liability)

102.    Plaintiffs' claims, as set forth in the Complaint, are subject to the provisions of California Civil Code section 1431.2 or any other similar provision in any other jurisdiction.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
#### (No Warranty)

103.    To the extent that Plaintiffs rely upon any theory of breach of warranty, such claims are barred for lack of timely notice of breach and/or lack of privity and/or because the alleged warranties were disclaimed.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE
#### (Constitutional Rights)

104.    Plaintiffs' claims are barred, in whole or in part, by the First Amendment of the United States Constitution and similar provisions in the Constitution of the State of California which protect, among other things, PETCO's right to promote and advertise the subject products.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE
#### (Compliance with the Law)

105.    Plaintiffs' Business and Professions Code sections 17200, *et seq.* and 17500, *et seq.* claims are barred, in whole or in part, because all of PETCO's activities as alleged in the Complaint were in compliance with all applicable laws, regulations and rules, and thus cannot be deemed unlawful, unfair, fraudulent, deceptive, untrue or misleading.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**
**(No Injunctive Relief Available)**

106. Plaintiffs' Business and Professions Code sections 17200, *et seq.* and 17500, *et seq.* claims are barred, in whole or in part, because there is no basis for injunctive relief in this action.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**
**(Adequate Remedy At Law)**

107. Plaintiffs are not entitled to relief under Business and Professions Code sections 17200, et seq. and 17500 et seq. because Plaintiffs have an adequate remedy at law.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**
**(Due Process)**

108. Plaintiffs' claims under Business and Professions Code Sections 17200, *et seq.* and 17500 *et seq.* are barred, in whole or in part, under principles of substantive and procedural due process.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**
**(No Punitive Damages)**

109. To the extent that Plaintiffs seek punitive damages for the conduct which allegedly caused injuries asserted in the Complaint, punitive damages are barred or reduced by applicable law or statute or, in the alternative, are unconstitutional insofar as they violate the due process protections afforded by the United States Constitution, the excessive fines clause of the Eighth Amendment of the United States Constitution, the Commerce Clause of the United States Constitution, the Full Faith and Credit Clause of the United States Constitution and applicable provisions of the Constitution of the State of California. Any law, statute or other authority purporting to permit the recovery of punitive damages in this case is unconstitutional, facially and as applied, to the extent that, without limitation, it: (1) lacks constitutionally sufficient standards to guide and restrain the jury's discretion in determining whether to award punitive damages and/or the amount, if any; (2) is void for vagueness in that it failed to provide adequate advance notice as to what conduct will result in punitive damages; (3) unconstitutionally may permit

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1   recovery of punitive damages based on out-of-state conduct, conduct that complied with

2   applicable law, or conduct that was not directed, or did not proximately cause harm, to plaintiff;

3   (4) unconstitutionally may permit recovery of punitive damages in an amount that is not both

4   reasonable and proportionate to the amount of harm, if any, to Plaintiffs and to the amount of

5   compensatory damages, if any; (5) unconstitutionally may permit jury consideration of net worth

6   or other financial information relating to answering defendant; (6) lacks constitutionally sufficient

7   standards to be applied by the trial court in post-verdict review of any punitive damages award;

8   (7) lacks constitutionally sufficient standards for appellate review of punitive damages awards;

9   and (8) otherwise fails to satisfy Supreme Court precedent, including, without limitation, *Pacific*

10  *Mutual Life Ins. Co. v. Haslip*, 499 U.S. 1, 111 S.Ct. 1032 (1991); *TXO Production Corp. v.*

11  *Alliance Resources, Inc.*, 509 U.S. 443, 113 S.Ct. 2711 (1993); *BMW of North America, Inc. v.*

12  *Gore*, 517 U.S. 559, 116 S.Ct. 1589 (1996); and *State Farm Ins. Co. v. Campbell*, 123 S.Ct. 1513

13  (2003).

### THIRTIETH AFFIRMATIVE DEFENSE
#### (No Oppression, Malice or Fraud)

16  110.   To the extent that Plaintiffs seek punitive damages for an alleged act or omission

17  of PETCO, no act or omission was oppressive, fraudulent, or malicious, under California Civil

18  Code Section 3294, and therefore, any award of punitive damages is barred. Any claim for

19  punitive damages is also barred under California Civil Code section 3294(b).

### THIRTY-FIRST AFFIRMATIVE DEFENSE
#### (Doe Defendants)

22  111.   PETCO is not legally responsible for the alleged acts and/or omissions of those

23  defendants named in the Complaint as "Doe" Defendants.

### THIRTY-SECOND AFFIRMATIVE DEFENSE
#### (No Damages or Comparable Injury)

26  112.   Plaintiffs have not sustained any injury or damages compensable at law or have

27  already been fully compensated for any damages that have been incurred, if any there are.

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

**RESERVATIONS**

113.    PETCO reserves its right to dismiss the Complaint and seek further relief for Plaintiffs' failure to provide it with due process of law.

114.    PETCO reserves the right to amend its answer and assert further affirmative defenses that are not presently known to it but may become known and available through further investigation and discovery.

**PETCO'S JURY DEMAND**

115.    Pursuant to Rule 38, Federal Rules of Civil Procedure, PETCO requests a trial by jury.

WHEREFORE, PETCO prays as follows:

1.    That Plaintiffs take nothing by reason of their Complaint and that judgment be rendered in favor of PETCO;

2.    That PETCO be awarded its attorneys' fees and the costs of suit incurred in this action; and

3.    For such other relief as the Court deems proper.


DATED:   May 23, 2007                    SQUIRE, SANDERS & DEMPSEY L.L.P.


                                         By:_____
                                              Ethan A. Miller

                                         Attorneys for Defendant PETCO ANIMAL
                                         SUPPLIES, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco CA 94111-3492

ANSWER OF PETCO ANIMAL SUPPLIES, INC. – CASE NO. CV 07-02253-DDP (PLAx)

1

## PROOF OF SERVICE

2

3
I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

4

5
On May 23, 2007, I served the following documents described as: **ANSWER OF PETCO ANIMAL SUPPLIES, INC.** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as set forth below:

6

7
Gregory D. Helmer
Andrew H. Friedman

8
HELMER FRIEDMAN LLP
723 Ocean Front Walk

9
Venice, CA 90291
Telephone: (310) 396-7714

10
Facsimile: (310) 396-9215

Jean M. Lawler
Gina E. Och
MURCHINSON & CUMMING, LLP
801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

11
Michael D. Seplow

12
Michael S. Morrison
SCHONBRUN DESIMONE SEPLOW

13
HARRIS & HOFFMAN LLP
723 Ocean Front Walk

14
Venice, CA 90291
Telephone: (310) 396-0731

15
Facsimile: (310) 399-7040

Charles Hughes Abbott III
GIBSON DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-6887

16

17
Barbara L. Croutch
PILLSBURY WINTHROP SHAW
PITTMAN, LLP

18
725 South Figueroa, Suite 2800
Los Angeles, CA 90017

19
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

20

21
☒    **BY FIRST CLASS MAIL** - I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelopes to be deposited in the mail at San Francisco, California. The envelopes were mailed with postage thereon fully prepaid.

22

23

24
Executed on May 23, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25

26

27
Agnes A. Gagayan

28